# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3924 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Beverly L. Gibson vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

The Plaintiff's In Forma Pauperis Application [4] is Granted. Status hearing set for 11/4/2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|